JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC., a Canadian corporation,<br><br>       Plaintiff,<br><br>     v.<br><br>CAVALIER CLOSEOUTS INC., a California corporation, and EYAL ALLEN DAHAN, an individual,<br><br>       Defendants. | Case No. 2:19-cv-07056-DDP-PLAx<br><br><br><br>**ORDER RE PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL** |

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR

1    Plaintiff lululemon athletica canada inc. ("lululemon"), by and through its counsel, and

2  Defendants Cavalier Closeouts Inc. and Eyal Allen Dahan ("Defendants"), by and through Mr.

3  Dahan *pro se* (collectively, the "Parties"), having **STIPULATED**, **AGREED**, and requested that

4  the Court **ORDER** the entry of the following permanent injunction and voluntary dismissal, the

5  Court **HEREBY ORDERS** as follows:

6                    **STIPULATED FINDINGS**

7    WHEREAS, lululemon has a pending civil action in the United States District Court for

8  the Central District of California against Defendants, which alleges claims against Defendants for

9  trademark infringement and counterfeiting, unfair competition, and other federal and state law

10  claims, principally related to the alleged importation and resale of counterfeit lululemon-branded

11  products, Case No. 2:19-cv-07056-DDP-PLAx (the "Civil Action");

12    WHEREAS, the Parties have informed the Court that they have entered a Confidential

13  Settlement Agreement to resolve the Civil Action, which includes the entry of this Order re

14  stipulated permanent injunction and dismissal (the "Order");

15    WHEREAS, Defendants have stipulated to the Court's jurisdiction over them, and have

16  stipulated to the facts necessary to establish jurisdiction over the Civil Action, for purposes of

17  entering and/or enforcing this Order and/or any other terms of the Confidential Settlement

18  Agreement against Defendants; and,

19    WHEREAS, lululemon has stipulated to the voluntary dismissal of Defendants upon entry

20  of this Order pursuant to Fed. R. Civ. Proc. 41(a).

21            **ORDER RE PERMANENT INJUNCTION AND DISMISSAL**

22    Accordingly, the Court **ORDERS** that Defendants, including their officers, agents,

23  representatives, employees, and all persons and/or entities in active concert or participation with

24  any of them, including but not limited to Cavalier Sportswear Inc., who receive actual notice of

25  this Order by personal service or otherwise, shall be forever and permanently restrained and

26  enjoined from:

27    a.    importing, advertising, promoting, marketing, offering to sell, selling, distributing,

28  or transferring any product (either genuine or counterfeit) bearing a lululemon-owned trademark (a

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR

1  "lululemon Product");

2          b.          using any other false designation of origin, false description or representation, or

3  any other use of lululemon's name or marks, logo or trade dress, or counterfeit versions thereof, in

4  any manner, including but not limited to any manner calculated to falsely advertise counterfeit

5  products as being manufactured, distributed, sponsored, authorized, or endorsed by lululemon, or

6  otherwise associated with lululemon in any way; and/or,

7          c.    secreting, concealing, destroying, selling off, transferring, returning, or otherwise

8  moving, storing, or disposing of any lululemon Product, other than by sending such counterfeit

9  and/or infringing product to lululemon's counsel of record.

10          **IT IS FURTHER ORDERED** that Defendants are **HEREBY** voluntarily dismissed from

11  the Civil Action pursuant to Fed. R. Civ. Proc. 41(a), but that the Court shall retain jurisdiction to

12  entertain such further proceedings and to enter such further orders, judgments, or take any further

13  action as may be necessary or appropriate to enforce the provisions of this Injunction and/or the

14  Confidential Settlement Agreement.

15

16  **IT IS SO ORDERED.**

17

18

19  Dated:          December 13, 2019

20                                                  HON. DEAN D. PREGERSON
                                                    United States District Judge

21

22

23

24

25

26

27

28